UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KAHALA FRANCHISING, L.L.C.,                                            :
:
                                Plaintiff,                             :
:         25 Civ. 6392 (JPC)
        -v-                                                            :
:              ORDER
BYRON WASHINGTON and BRAM BERG,                                        :
:
                                Defendants.                            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On September 10, 2025, Plaintiff served Defendant Bram Berg with copies of the Summons and Complaint. Dkt. 9. On September 15, 2025, Plaintiff served Defendant Byron Washington with copies of the Summons and Complaint. Dkt. 10. Defendant Berg's deadline to respond to the Complaint was therefore October 1, 2025, and Defendant Washington's deadline to respond to the Complaint was therefore October 6, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Those deadlines have passed, and the docket does not reflect a response to the Complaint from either Defendant. Accordingly, the Court extends *sua sponte* Defendants' deadlines to respond to the Complaint until October 16, 2025. If Defendants once again fail to respond to the Complaint by that deadline, Plaintiff shall seek a Certificate of Default by October 23, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the addresses at which Defendants were served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: October 9, 2025                              _____
       New York, New York                                   JOHN P. CRONAN
                                                          United States District Judge